635 A.2d 508

IN THE MATTER OF JAMES E. LYNCH,
AN ATTORNEY AT LAW.

December 22, 1993.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **JAMES E. LYNCH** of **WEST TRENTON,** who was admitted to the Bar of this State in 1987, and who was suspended from the practice of law for a period of three months by Order of this Court dated June 7, 1993, effective June 28, 1993, be restored to the practice of law, effective immediately.